TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00605-CR

Reagan Wayne Allen, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF AT LAW NO. 1 WILLIAMSON COUNTY

NO. 97-4021-1, HONORABLE KEVIN HENDERSON, JUDGE PRESIDING

PER CURIAM

Counsel for appellant has filed a motion to dismiss this appeal because of the death
of appellant. We will consider it as a motion to permanently abate the appeal. See Tex. R. App.
P. 7.1(a)(2). The motion is granted. The appeal is permanently abated.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Appeal Permanently Abated

Filed: February 25, 1999

Do Not Publish